1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  ELLINOR R. CODER, CA 258258
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (510) 970-4814
         Facsimile: (415) 744-0134
7        E-Mail: Ellinor.Coder@ssa.gov
   Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LOYD ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | CIVIL NO. 2:22-cv-00790-KJN<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

On remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate the opinion evidence, and the claimant's residual functional capacity in accordance with SSR 96-8p; obtain supplemental vocational expert testimony; take any further action needed to complete the administrative record; and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

| | |
|---|---|
| Dated: December 13, 2022 | /s/ Lawrence D. Rohlfing* |
| | LAWRENCE D. ROHLFING |
| | Law Offices of Lawrence D. Rohlfing |
| | Attorney for Plaintiff |
| | *Authorized via e-mail on Dec. 12, 2022 |
| | |
| | PHILLIP A. TALBERT |
| | United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Social Security Administration |
| | |
| By: | /s/ Ellinor R. Coder |
| | ELLINOR R. CODER |
| | Special Assistant United States Attorney |
| | |
| | Attorneys for Defendant |

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, the above-captioned action is reversed and remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk shall enter judgment and close this case.

IT IS SO ORDERED.

Dated: December 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

robi.790

STIPULATION TO REMAND